Charles Cecil FORD, Appellant,

v.

UNITED STATES of America,
Appellee.

No. 22055.

United States Court of Appeals
Fifth Circuit.

March 8, 1965.

Rehearing Denied April 22, 1965.

Charles Cecil Ford, pro se.

H. M. Ray, U. S. Atty., Oxford, Miss., for appellee.

Before WHITAKER,* Senior Judge, and RIVES and JONES, Circuit Judges.

PER CURIAM:

For the reasons set forth in Weed v. United States, 342 F.2d 971, there must be a hearing upon the contention raised by the appellant. Although, as is said in the Weed opinion, it may be that the matter can be heard and disposed of by the district court without requiring the presence of the appellant.

The judgment of the district court is Reversed.

MT. MANSFIELD TELEVISION, INC.,
Plaintiff-Appellant,

v.

UNITED STATES of America,
Defendant-Appellee.

No. 344, Docket 29352.

United States Court of Appeals
Second Circuit.

Submitted Feb. 19, 1965.

Decided Feb. 26, 1965.

A. Pearley Feen, Burlington, Vt., for plaintiff-appellant.

Louis F. Oberdorfer, Asst. Atty. Gen., Lee A. Jackson, David O. Walter, Robert I. Waxman, Attorneys, Dept. of Justice (Joseph F. Radigan, U. S. Atty., District of Vermont, John H. Carnahan, Asst. U. S. Atty., of counsel), for defendant-appellee.

Before WATERMAN, FRIENDLY and HAYS, Circuit Judges.

PER CURIAM:

Taxpayer seeks reversal of judgment below against taxpayer in its unsuccessful suit to recover a sum paid to the Internal Revenue Service as a deficiency income tax for the calendar years 1957 and 1958.

The judgment for defendant is affirmed on the reasoned opinion of the district judge below, 239 F.Supp. 539 and on the authority of Starr's Estate v. Commissioner, 274 F.2d 294 (9 Cir.1959.)